**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHARLES W. WIMMER, as Personal
Representative of the Estate of Cynthia
W. Wimmer,

     Plaintiff,

v.                                Case No:  5:16-cv-86-Oc-30PRL

EAST-WEST EXPRESS, INC., a
Georgia corporation, and RICHARD S.
HOLLAND,

     Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 7) and Plaintiff's Unopposed Motion for Remand (Doc. 8).  Plaintiff initiated this wrongful death action in the Circuit Court for the Fifth Judicial Circuit in and for Sumter County, Florida, against Defendants East-West Express, Inc. and Richard S. Holland, both residents of Georgia.  (Doc. 2).  Defendants removed the action to this Court on the basis of diversity jurisdiction.  (Doc. 1).

Plaintiff now seeks to amend his complaint to add an additional negligence claim against Commercial Carrier Corporation and Don C. Thelen, both Florida residents.  (Doc. 7).  Because the addition of Commercial Carrier Corporation and Don C. Thelen would

defeat diversity jurisdiction, Plaintiff also seeks remand.   Defendants do not oppose Plaintiff's motion to amend or motion to remand.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.     Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 7) is GRANTED.

2.     Plaintiff's Unopposed Motion for Remand (Doc. 8) is GRANTED.

3.     The Clerk is directed to remand this case to the Circuit Court for the Fifth Judicial Circuit in and for Sumter County, Florida.  The Clerk is also directed to forward a certified copy of this Order to that court.

4.     The Clerk is directed to terminate any pending motions as moot and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record